391 A.2d 689

Commonwealth v. Lennox, Appellant.

Argued June 21, 1977. Maryclare Lennox, in pro. per., for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 689

Commonwealth v. Leonhard, Appellant.

Submitted June 13, 1977. David R. Eshelman, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.